NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRYAN L. CURRY, DOC #583176,           )
                                       )
          Appellant,                   )
                                       )
v.                                     )
                                       )          Case No.  2D17-4762
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____    )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Manatee
County; Hunter W. Carroll, Judge.

Bryan L. Curry, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Special Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.

          Affirmed.

NORTHCUTT, SLEET, and SALARIO, JJ., Concur.